UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
(DAVENPORT DIVISION)

| | |
|---|---|
| TIMOTHY W. FLACK,<br><br>  Plaintiff,<br><br>v.<br><br>DB INDUSTRIES, INC., d/b/a<br>CAPITAL SAFETY USA, and<br>QUAD CITY SAFETY, INC.,<br><br>  Defendants. | Case No. 3:11-cv-88-JAJ-TJS<br><br><br>CORPORATE DISCLOSURE STATEMENT<br>OF DB INDUSTRIES, INC.<br>d/b/a CAPITAL SAFETY USA |

As required by Rule 7.1 of the Federal Rules of Civil Procedure, LR 7.1 and LR 81(c) of the  United States District Courts for the Southern District of Iowa, DB Industries, Inc. d/b/a Capital Safety USA, by and through its counsel of record, states that it is not a parent, subsidiary or other affiliate of any publicly owned corporation or any other entity that has a direct or indirect pecuniary interest in the outcome of the case.

Respectfully submitted,

WHITFIELD & EDDY, P.L.C.
317 Sixth Avenue, Suite 1200
Des Moines, IA  50309-4195
Telephone:  (515) 288-6041
Fax:  (515) 246-1474
Email: casini@whitfieldlaw.com


By:  ***Jason M. Casini***              ***/s/***
       Jason M. Casini        AT0001475

ATTORNEYS FOR DB INDUSTRIES, INC.,
d/b/a  CAPITAL SAFETY USA

Original Filed: CM/ECF